United States District Court
Southern District of Texas
**ENTERED**
December 05, 2024
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | |
|---|---|
| JEREMY JACOB MELENDEZ,  §<br>"Plaintiff,"  § <br> § <br>v.  § <br> §   Civil Action No. 1:23-cv-00045<br>JOSE GUEVARA-MORALES et al,  §<br>"Defendants."  § | |

## ORDER

Before the Court is the "Joint Stipulation and Request for Dismissal with Prejudice" (Dkt. No. 68). Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff's claims against Defendants are **DISMISSED with prejudice**. The parties will bear their own attorney's fees, expenses, and costs of the Court. The Clerk of the Court is **ORDERED** to close this case.

Signed on December 5, 2024.

_____
Rolando Olvera
United States District Judge